## BASS *v.* DOUGLAS, executor (two cases).

HILL, J. 1. A testator may by his will make provision for his wife in lieu of dower and twelve-months support. And where such provision has been made and accepted by the wife after the husband's death, such twelve-months support and dower will be barred. Civil Code (1910), §§ 4045, 5249; *Chambless* v. *Bolton*, 146 *Ga.* 735 (92 S. E. 204).

2. Accordingly, where a testator devised certain real estate to his wife during her life or widowhood, and provided that "should my said wife marry or decide to take dower or a year's support of my said estate, then in this event she is to have no other interest in my said estate," and where after the death of the testator the will was probated, and the executor assented to the legacy and turned it over to the wife, who accepted it and subsequently applied for twelve-months support and dower in her husband's estate, and the twelve-months support was disallowed by the ordinary on caveat filed, and by the jury subsequently on appeal to the superior court, and the dower was likewise disallowed on the trial of the case in the superior court, the trial court did not err in refusing a new trial upon motion

based solely on the usual general grounds, there being sufficient evidence to support the verdict.

*Judgment affirmed. All the Justices concur.*

Nos. 1865, 1866.   NOVEMBER 12, 1920.

Appeals.   Before Judge Park.   Morgan superior court.   December 20, 1919.

*M. C. Few,* for plaintiff.   *Williford & Lambert,* for defendant.

*Judgment affirmed. All the Justices concur.*